# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00174-MOC-DSC

| | |
|---|---|
| OSSEO IMAGING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KAVO DENTAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Thomas Selby and Jingyuan Luo]" (documents ##14-15) filed July 1, 2019. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.                Signed: July 1, 2019

David S. Cayer
United States Magistrate Judge