# IN THE UNITED DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Case No. 3:19-cv-00174-MOC-DSC

| | |
|---|---|
| Osseo Imaging LLC,<br>    Plaintiff,<br>v.<br>Kavo Dental Technologies LLC,<br>    Defendant. | **ORDER ON JOINT MOTION TO STAY** |

**UPON THE JOINT MOTION TO STAY** and for good cause shown,

**IT IS ORDERED** that the Court hereby vacates all current deadlines and enters a stay of litigation for the pendency of the IPR proceedings; and

**IT IS FURTHER ORDERED** that parties will jointly submit a status report within fifteen days of the entry of either the PTAB's decision not to institute the IPRs or, if any of the IPRs are instituted, the resolution of the IPRs or last of the PTAB's final written decisions addressing the petitions. The parties' status report will inform the Court of the outcome and propose a schedule for further proceedings if required.

**IT IS FURTHER ORDERED** that the parties shall submit a status report ninety days from entry of this Order and each ninety days thereafter.

**SO ORDERED**.

Signed: March 12, 2020

_____
David S. Cayer
United States Magistrate Judge